United States Court of Appeals
Fifth Circuit

**F I L E D**

September 17, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-61061
Summary Calendar

_____

KARLA MARCELA MEJIA-MERAZ,

                                        Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77-794-601
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Karla Marcela Mejia-Meraz, a native and citizen of Honduras,
petitions this court for review of the Board of Immigration
Appeals' (BIA) affirmance of the Immigration Judge's (IJ) denial
of her application for asylum and withholding of deportation.
Mejia argues that she established past persecution on account of
her political commitment to the plight of the indigenous and on
account of her membership in the group of non-indigenous
Hondurans who are politically active on behalf of the indigenous.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

When, as in this case, the BIA adopts without opinion the IJ's decision, this court reviews the IJ's decision.  Mikhael v. I.N.S., 115 F.3d 299, 302 (5th Cir. 1997).  Here, the IJ's determination that Mejia was ineligible for asylum because Mejia had not shown past persecution on account of any protected ground was supported by substantial evidence, and the evidence presented does not compel a contrary conclusion.  See Ontunez-Tursios v. Ashcroft, 303 F.3d 341, 350 (5th Cir. 2002); Girma v. I.N.S., 283 F.3d 664, 669 (5th Cir. 2002).  Consequently, Mejia has also not made the requisite showing for withholding of removal.  Girma, 283 F.3d at 666-67.

Based on the foregoing, Mejia's petition for review is DENIED.